SLONE, APPELLEE, *v.* ALLSTATE INSURANCE COMPANY, APPELLANT.

[Cite as *Slone v. Allstate Ins. Co.,* 105
Ohio St.3d 1254, 2005-Ohio-1940.]

(No. 2004–1436—Submitted March 30, 2005—Decided May 11, 2005.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, PFEIFER and O'DONNELL, JJ., concur.

LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., dissent.

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} For the reasons set forth in my dissenting opinion in *Young v. Cincinnati Ins. Co.,* 105 Ohio St.3d 1252, 2005-Ohio-1941, 826 N.E.2d 309, I respectfully dissent.

O'CONNOR and LANZINGER, JJ., concur in the foregoing dissenting opinion.

Terrence J. Kenneally and John M. Bostwick Jr., for appellant.